IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TITAN TIRE CORPORATION AND THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CASE NEW HOLLAND, CNH AMERICA, LLC, AND GPX INTERNATIONAL TIRE CORP., <br><br> Defendants. | Civil Action No. 07-63 <br><br> **PLAINTIFFS' STATUS REPORT** |

COME NOW Plaintiffs, Titan Tire Corporation and The Goodyear Tire & Rubber Company (hereinafter "Plaintiffs"), and for their Status Report, state as follows to the Court:

1. In August of 2010, and after several months of the parties working toward a mutually acceptable settlement agreement, Plaintiffs and Case Defendants executed a Mutual Release and Settlement Agreement.[1]

2. On September 3, 2010, Plaintiffs and Case Defendants filed a Joint Motion for Dismissal of All Claims Against Case Defendants and for Cancellation of Settlement Status Conference.

3. On September 7, 2010, the Court granted the aforementioned joint motion dismissing all claims against Case Defendants and cancelling the settlement conference, and thus, the Case Defendants were dismissed from the action with prejudice.

---

[1] Plaintiffs affirmatively state that their case against the remaining defendant, GPX International Tire Corp. (hereinafter "GPX"), was stayed in 2009. Specifically, on October 26, 2009, GPX filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for Massachusetts (Case No. 09-20170).

#1927839

4.	On November 22, 2010, the Court issued an Order instructing the parties to file a joint report by December 22, 2010 and to indicate in such report whether or not they would like the Court to schedule a settlement conference.

5.	As shown above, the matter between Plaintiffs and Case Defendants has been fully resolved, as a Settlement Agreement has been fully executed and the Court has dismissed all of Plaintiffs' claims against Case Defendants and has otherwise dismissed Case Defendants from this matter. As such, a settlement conference is not necessary and is not requested by Plaintiffs.

6.	Plaintiffs affirmatively state that Plaintiffs and the remaining Defendant, GPX, recently reached a verbal settlement regarding the Proofs of Claim filed by Plaintiffs in GPX's bankruptcy proceedings.

7.	Within the next 60-90 days, such settlement should be finalized within the bankruptcy proceedings. Thereafter, Plaintiffs will file a dismissal of all claims against GPX in this matter, thereby resolving this matter in its entirety.

8.	Accordingly, it is herein requested that the Court enter an Order (i) continuing the stay of this case, as GPX is still in bankruptcy and (ii) allowing Plaintiffs another 90 days to finalize their settlement with GPX and file a dismissal of all claims against GPX in this matter, thereby resolving this matter in its entirety.

WHEREFORE, Plaintiffs, Titan Tire Corporation and The Goodyear Tire & Rubber Company, requests that the Court enter the above-described Order staying all pending deadlines and for any such further relief the Court deems equitable, just, and appropriate.

/s Jodie McDougal
Steven L. Nelson
Kent A. Herink
Emily E. Harris
Jodie C. McDougal
DAVIS, BROWN, KOEHN, SHORS & ROBERTS, P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309
(515) 288-2500
stevennelson@davisbrownlaw.com
emilyharris@davisbrownlaw.com
jodiemcdougal@davisbrownlaw.com

*Attorneys for Titan Tire Corporation and The Goodyear Tire & Rubber Company*

Copies to:

Richard Stefani
GRAY, STEFANI & MITVALSKY, P.L.C.
200 American Building
P.O. Box 456
Cedar Rapids, IA 52406
(319) 364-1535 (Tel)
rickstefani@gsmlawyers.com

Mark Boland
Raja N. Saliba
Chandran B. Iyer
Renita S. Rathinam
SUGHRUE MION, PLLC
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 293-7060 (Tel)
mboland@sughrue.com
rsaliba@sughrue.com
cbiyer@sughrue.com
rrathinam@sughrue.com

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 21, 2010 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Federal Express ☒ Other:

Signature: /s/ Jodie McDougal

John B. Scherling
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
La Jolla, CA 92037
(858) 795-1180 (Tel)
jscherling@sughrue.com

*Attorneys for Case New Holland and CNH America, LLC*